UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN J. HARRIS, JR., | ) | NO. CV 19-0800-FMO (AGR) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| M. BARROSO, et al., | ) | |
| Defendants. | ) | |

      On August 31, 2020, the Court issued an Order of Dismissal dismissing this action without prejudice to Plaintiff's ability to file a motion to reopen the case within 30 days after entry of the order.  Plaintiff was warned that failure to file a motion to reopen the action within the time allowed, shall result in the entry of judgment dismissing the case without prejudice.  (Dkt. No. 51 at 4.)  Plaintiff did not file a motion to reopen the action or a request for an extension of time.

      On September 15, 2020, the order informing Plaintiff of the dismissal of this action was returned by the postal service marked "Return to Sender I/M Discharged."  Plaintiff has not notified the court of a change of address as required.  Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the

Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.").

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated this 27th day of October, 2020.

                                                 /s/
                              FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE